# COMPLAINT FORM
(for filers who are prisoners without lawyers)
(revised 4/19/2022)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

(Full name of plaintiff(s))

Andre Moton

vs

(Full name of defendant(s))
Officer J. Surguy
Caseworker Brown

**FILED**
**08/23/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Case Number:
1:23-cv-1533-JMS-KMB

(To be supplied by clerk of court)

A. PARTIES:

1. Plaintiff is a citizen of ___Indiana___, and is located at
   (State)
   ___4490 W. Reformatory Rd___
   (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant ___Officer J. Surguy___
   ___Caseworker Brown___ (Name)

D-6 (revised 4/20/2022)                Complaint - 1

is (if a person or private corporation) a citizen of ~~Indiana~~
(State, if known)
and (if a person) resides at N/A
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)
worked for IDOC Pendleton correctional facility
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On April 17th 2023 while Plaintiff Andre Moton was Returning from lunch in H cell house he was attempting to turn in legal mail to caseworker Brown to meet a deadline when sgt J. Surguy said he could not & plaintiff said he had a deadline & the counsler barely walks the Ranges Plaintiff Moton & sgt Surguy

began to have words & sgt surguy then said if Plaintiff didn't lock in he would show him what he does to niggers the mentor on Plaintiffs Range over heard this & asked surguy to allow him to deescelate the issue while Plaintiff was talking to the mentor sgt surguy then grabbed punched & slammed Plaintiff & caseworker brown began to spray Plaintiff with mase & sgt surguy continued to hit Plaintiff & put his fingers in Plaintiffs throat stopping his breathing while he was mased Plaintiff was cuffed taken to medical then to the D/o BLdg where LT terra howard Reviewed the camera & seen Plaintiff did no wrong Plaintiff was then moved to a different general population cell house no conduct report was written nor did Plaintiff go to Segregation

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.
                    OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

a fair & just monetary compensation

D-6 (revised 4/20/2022)                    Complaint - 4

E. JURY DEMAND

☑ Jury Demand - I want a jury to hear my case
            OR

☐ Court Trial - I want a judge to hear my case

Dated this 14th day of august 20 23

Respectfully Submitted,

*Ardie Moton*
Signature of Plaintiff

231986
Plaintiff's Prisoner ID Number

4490 W. reformatory rd
Pendleton IN 46064
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F. **OPTIONAL CERTIFICATION**
Under penalty of perjury, I declare that the facts alleged in
this complaint are true and correct to the best of my knowledge
and belief.

*Ardie Moton* Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

D-6 (revised 4/20/2022)                Complaint - 5

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.