# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDRE MOTON,<br><br>    Plaintiff,<br><br>v.<br><br>JACK SURGUY, *et al.*,<br><br>    Defendants. | CASE NO. 1:23-cv-01533-TWP-KMB |

## **AMENDED ORDER OF DISMISSAL**

The parties, by their respective counsel, have filed their Joint Stipulation of Dismissal pursuant to FRCP 41. This action is DISMSSED, with prejudice, and each party to bear its own costs.

The Clerk is authorized and directed to vacate all hearings and deadlines in this matter and close the file [80].

Date: 12/23/2025

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution

David Price
Deputy Attorney General
David.Price@atg.in.gov

James P. Strenski
Counsel for Plaintiff
jstrenski@dsvlaw.com